UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLENE PETITT,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID B. ALTMAN,<br><br>        Defendant. | Cause No. C21-1366RSL<br><br>ORDER STRIKING CASE MANAGEMENT DEADLINES |

This matter comes before the Court on defendant's "Motion to Continue Trial and Remaining Case Deadlines" (Dkt. # 25) and plaintiff's "Motion to Lift Stay of Discovery" (Dkt. # 26). On March 7, 2022, the Court exercised its discretion to stay discovery in the above-captioned matter until the pending motion to dismiss is resolved. Dkt. # 22. The parties subsequently filed their joint status report, and the deputy clerk issued a case management order with a discovery cutoff of January 1, 2023, and a trial date of May 1, 2023. Defendant seeks an extension of the case management deadlines because discovery remains stayed. Plaintiff seeks to lift the stay.

Having reviewed the parties' motions and the remainder of the record, the Court GRANTS defendant's motion (Dkt. # 25) and DENIES plaintiff's motion (Dkt. # 26). All pending case management deadlines are hereby STRICKEN, to be reset once the Court rules on

ORDER STRIKING CASE
MANAGEMENT DEADLINES  - 1

the pending motion to dismiss. Discovery has not yet begun, and defendant's procedural and substantive challenges to all of plaintiff's claims should be resolved before the parties incur additional expenses. Plaintiff's desire to depose defendant in order to evaluate the potential settlement value of this or other lawsuits does not warrant the lifting of the stay.

Dated this 31st day of October, 2022.

Robert S. Lasnik
United States District Judge

ORDER STRIKING CASE
MANAGEMENT DEADLINES  - 2